IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 10-235 |
| DWAYNE L. JACKSON, ET AL., | ) |
| Defendants. | ) |

ORDER

AND NOW this 17th day of December, 2010, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign this case to another judge.

BY THE COURT:

/s/ Gary L. Lancaster, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record